RECEIVED
IN LAKE CHARLES, LA
MAR 21 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BILLY E. LOFTIN, JR. | : | DOCKET NO. 06-2073 |
| VS. | : | JUDGE MINALDI |
| ALLSTATE INDEMNITY COMPANY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiff's motion to remand [doc. # 9] be, and it is hereby DENIED.

It is further ORDERED that plaintiff's request for costs be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20 day of March, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE